IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA



KAREN K. DANIELS                                  :
778 Mulberry Street                               :
Macon, Georgia 31201                              :
(478) 741-3000                                    :
                    Plaintiff.                    :        CIVIL ACTION NO.:
vs                                                :        _____
                                                  :
UNITED STATES OF AMERICA.                          :
By Service on Alberto R. Gonzales,                :        MOTION
U.S. Attorney General, 950                        :
PENNSYLVANIA AVE, N.W.                             :
WASHINGTON, DC 20530-00010 and                    :
U.S. ATTORNEY, DISTRICT OF                        :
COLUMBIA, 501 THIRD STREET, NW                    :        CASE NUMBER  1:07CV00176
WASHINGTON, DC 20001.                             :
TRACI A. LEMBKE, in her individual and            :        JUDGE: James Robertson
official capacity as Director, Office of          :
Professional Responsibility [OPR]; IRS,           :        DECK TYPE: Pro se General Civil
1111 Constitution Ave., NW, Washington,           :        DATE STAMP: 01/24/2007
D.C.                                              :
CONO R. NAMORATO, in his individual               :
and official capacity as former Director,         :
OPR; Caplin & Drysdale, ONE Thomas                :
Circle NW, Ste 1100, Washington, D.C.             :
20005                                             :
OPR, IRS, 1111 Constitution Ave., NW              :
Washington, D.C. 20224.                           :
BRIAN DOWNING, in his individual                  :
and official capacity as Deputy Director,         :
OPR; IRS, 1111 Constitution Ave., NW              :
Washington, D.C. 20224.                           :
KAREN COPELAND, in her individual                 :
and official capacity as Program                  :
Management Analyst, OPR, IRS, 1111                :
Constitution Ave., NW, Washington, D.C.           :
20224.                                            :

2

PAT MCDONOUGH, in his individual                :
and official capacity as Executive Director,    :
OPR, Joint Board for the Enrollment of          :
Actuaries, IRS, 1111 Constitution Ave.,         :
NW, Washington, D.C. 20224.                     :
KEITH OTT, in his individual and official       :
capacity as Enforcement Attorney, OPR,          :
IRS, 1111 Constitution Ave., NW                 :
Washington, D.C. 20224.                         :
EARL PRATER, in his individual and             :
official capacity as Enforcement Attorney,      :
OPR, IRS, 1111 Constitution Ave., NW            :
Washington, D.C. 20224.                         :
JACKIE S. PRATER, in her individual             :
and official capacity as Paralegal, OPR;        :
IRS, 1111 Constitution Ave., NW                 :
Washington, D.C. 20224.                         :
SCOTT ROSENZWEIG, in his individual             :
and official capacity as Enforcement            :
Attorney, OPR, IRS, 1111 Constitution           :
Ave., NW, Washington, D.C. 20224.               :
EILEEN M. SHATZ, in her individual              :
and official capacity as Acting Chief,          :
Enforcement Branch, OPR,I RS, 1111             :
Constitution Ave., NW, Washington,              :
D.C. 20224.                                      :
STEPHEN A. WHITLOCK, in his                     :
individual and official capacity as             :
Deputy Director, OPR, IRS, 1111                 :
Constitution Ave., NW, Washington,              :
D.C. 20224.                                      :
KEITH ANDERSON, in his individual               :
and official capacity as CHIEF                  :
ENFORCEMENT BRANCH, OPR,                        :
IRS, 1111 Constitution Ave., NW                 :
Washington, D.C. 20224.                         :
DAVID MAURICE FINZ, Sr., in his                 :

2

individual and official capacity as Sr.                  :
Enforcement Attorney, OPR, IRS, 1111                     :
Constitution Ave., NW, Washington,                       :
D.C. 20224.                                              :
JONATHAN HUTH, in his individual                         :
and official capacity as Staff Attorney,                 :
OPR, IRS, 1111 Constitution Ave., NW                     :
Washington, D.C. 20224.                                  :
WILLIAM J. DANIEL, in his individual                     :
and official capacity as Revenue Agent,                  :
[RA], Internal Revenue Service [IRS],                    :
Maitland, Florida.                                       :
CAROLYN J. BRADSHAW, in her                              :
individual and official capacity as IRS                  :
Contact Representative, Philadelphia, PA                 :
and  DEPARTMENT MANAGER,                                 :
Centralized Authorization File [CAF]/POA; :
CATHY E. CHAGAMI, in her individual                      :
and official capacity as IRS Policy and                  :
Program Analyst, SBSE, Customer                          :
Accounts Services, Latham, Maryland.                     :
JANET M. EASON, in her individual                        :
and official capacity as IRS Lead Tax                    :
Examining Technician, Memphis, TN                        :
KURTIS B. HAUGEN, in his individual                      :
and official capacity as IRS Tax                         :
Examining Technician, Ogden, Utah.                       :
CONNIE HEAVENRIDGE, in her                               :
individual and official capacity as                      :
IRS Supervisor, Information Technologies, :
Detroit, Michigan.                                       :
VIVIAN JOHNSON, in her individual and :
official capacity as IRS CAF Specialist,                 :
Supervisory Tax Examiner, Memphis, TN.  :
PAMELA J. MILLER, in her individual                      :
and official capacity as IRS Information                 :
Technical Specialist, Detroit, Michigan.                 :

3

JUDY J. WRIGHT, in her individual and          :
official capacity as IRS Support Services      :
Specialist, Ogden, Utah.                       :
KAREN M. ALIBOZEK, in her individual           :
and official capacity as IRS RA, SBSE,         :
IRS, 600 North Avenue, Bldg. C.,               :
Macon, Georgia31211.                           :
EUGENE K. BUCHS, in his individual             :
and official capacity as IRS Program           :
Manager, Tampa, Florida.                       :
DAVID C. CAPPS, in his individual and          :
official capacity as IRS Supervisory RA,       :
Gainesville / Ocala, Florida Group.            :
KENNETH E. COLT, in his individual             :
and official capacity as IRS RA, Maitland,     :
Florida.                                       :
ROBERT T. COMBS, in his individual             :
and official capacity as IRS RA, Maitland,     :
Florida.                                       :
JEANETTE CZACHUR, in her individual            :
and official capacity as IRS RA, Sarasota,     :
Florida.                                       :
MARK T. FENTON, in his individual and          :
official capacity as IRS RA, Lead              :
Development Center, Laguna Niguel,             :
California.                                     :
PATRICIA L. GRIMES, in her individual          :
and official capacity as IRS RA, West          :
Palm Beach, Florida.                           :
ELIZABETH L. LEUTHOLD, in her                  :
individual and official capacity as IRS        :
Disclosure Specialist, Jacksonville,           :
Florida.                                       :
MONICA J. MILLER, in her individual            :
and official capacity as Attorney, IRS         :
Office of Chief Counsel, Jacksonville,         :
Florida.                                       :

4

MELANIE ROMANO, in her individual          :
and official capacity as IRS Disclosure    :
Specialist, Plantation, Florida.           :
CASSANDRA SPORTS, in her individual        :
and official capacity as IRS RA,           :
Gainesville, Florida.                      :
SUZANNE TOLEDO, in her individual          :
and official capacity as IRS RA,           :
Melbourne, Florida.                        :
BRUCE DICKINSON, in his individual         :
and official capacity as IRS Program       :
Manager, Jacksonville, Florida.            :
TERRELL SALVATORE, in his                  :
individual and  official capacity as IRS   :
Supervisory RA, Jacksonville, Florida.     :
DAVID OKUDA, in his individual and         :
official capacity as an employee of the IRS. :
ROSEMARY WALLACE, in her                   :
individual and official capacity as an     :
employee of the IRS.                       :
MELANIE ROXANNE, in her individual         :
and official capacity as an employee of the :
IRS.                                       :
MARTHA MALLORY, in her individual          :
and official capacity as an IRS employee.  :
DEBBIE RICHARDSON, in her                  :
individual and official capacity as an     :
IRS employee.                              :
MELINDA GARDINER, in her individual        :
and official capacity as an IRS employee.  :
VIVIAN A. JOHNSTON, in her individual      :
and official capacity as an IRS employee.  :
MONICA MILLER, in her individual and       :
official capacity as an IRS employee.      :
JANE and JOHN DOES, in their               :
individual and official capacity as        :
OPR and/or IRS employees.                  :
            Defendants.   :

5

## MOTION TO COMPEL THE GOVERNMENT TO PROVIDE IDENTIFYING INFORMATION ON DEFENDANTS

COMES NOW, KAREN K. DANIELS, plaintiff herein, and asks the Court to compel the government to provide identifying information on the following defendants:

1.    DAVID MAURICE FINZ; former Senior Attorney, OPR.

2.    JONATHAN HUTH, former Staff Attorney,

3.    OPR; WILLIAM J. DANIEL, Revenue Agent, Maitland, Florida;

4.    CAROLYN J. BRADSHAW, IRS Contact Representative, Philadelphia, PA;

5.    CATHY E. CHAGAMI, IRS Policy and Program Analyst, SBSE, Customer Accounts Services, Latham, Maryland;

6.    JANET M. EASON, IRS Lead Tax Examining Technician, Memphis, TN;

7.    KURTIS B. HAUGEN, IRS Tax Examining Technician, Ogden, Utah;

8.    CONNIE HEAVENRIDGE, IRS Supervisor, Information Technologies, Detroit, Michigan;

9.    VIVIAN JOHNSON, IRS CAF Specialist, Supervisory Tax Examiner, Memphis, TN;

10.   PAMELA J. MILLER, IRS Information Technical Specialist, Detroit, Michigan;

11.   JUDY J. WRIGHT, IRS Support Services Specialist, Ogden, Utah;

12. EUGENE K. BUCHS, IRS Program Manager, Tampa, Florida;

13. DAVID C. CAPPS, IRS Supervisory RA, Gainesville / Ocala, Florida Group;

14. KENNETH E. COLT, IRS RA, Maitland, Florida;

15. ROBERT T. COMBS, IRS RA, Maitland, Florida;

16. JEANETTE CZACHUR, IRS RA, Sarasota, Florida;

17. MARK T. FENTON, IRS RA, Lead Development Center, Laguna Niguel, California;

18. PATRICIA L. GRIMES, IRS RA, West Palm Beach, Florida;

19. ELIZABETH L. LEUTHOLD, IRS Disclosure Specialist, Jacksonville, Florida;

20. MONICA J. MILLER, Attorney, IRS, Office of Chief Counsel, Jacksonville, Florida;

21. MELANIE ROMANO, IRS Disclosure Specialist, Plantation, Florida;

22. CASSANDRA SPORTS, IRS RA, Gainesville, Florida;

23. SUZANNE TOLEDO, IRS RA, Melbourne, Florida;

24. BRUCE DICKINSON, IRS Program Manager, Jacksonville, Florida;

25. TERRELL SALVATORE, IRS Supervisory RA, Jacksonville, Florida;

26. DAVID OKUDA, IRS employee;

27. ROSEMARY WALLACE, IRS employee;

28. MELANIE ROXANNE, IRS employee;

29.   MARTHA MALLORY, IRS employee;

30.   DEBBIE RICHARDSON, IRS employee;

31.   MELINDA GARDINER, IRS employee;

32.   VIVIAN A. JOHNSTON, IRS employee;

33.   MONICA MILLER, IRS employee;

In support of this Motion, plaintiff shows the Court that she is not able to obtain identifying information on the above defendants. Because she is in need of this information so that proper service on defendants can be effected within the time allowed by law; because defendant United States of America is in possession of identifying documentation and she is not; and because she is concerned that if she has to wait until discovery is completed she will be outside the time to effect timely service of this Complaint, plaintiff moves this court to grant her motion.

Since Plaintiff is filing this action concurrent with the filing of her Complaint, no Certificate of Service is attached.

SO DATED this 23rd day of January 2007.

KAREN K. DANIELS, PRO SE
778 Mulberry Street
Macon, Georgia 31201
(478) 741-3000
karenkdaniels@gmail.com