UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN K. DANIELS,                   :
                                    :
        Plaintiff,                  :
                                    :
   v.                              :   Civil Action No. 07-0176 (JR)
                                    :
UNITED STATES OF AMERICA, *et*      :
*al.*,                              :
                                    :
        Defendants.                 :

## ORDER

      Until and unless plaintiff establishes any legal basis for claims against individual employees of the United States Government, it would be harassing and abusive for any of them to be served with process in this action. The proper party defendant appears to be the United States, and only the United States. Plaintiff's motion to compel identification information [2] is accordingly **denied.**


                                      JAMES ROBERTSON
                              United States District Judge