

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN K. DANIELS | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 07-0176 (JR) |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| | : | |
| Defendants | : | |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: February 13, 2007

_____
KAREN K. DANIELS, PLAINTIFF PRO SE

778 Mulberry Street
Macon, Georgia 31201
(478) 741-3000
karenkdaniels@gmail.com



### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

KAREN K. DANIELS           :
                           :
       Plaintiff,          :   CIVIL ACTION NO. 07-0176 (JR)
                           :
UNITED STATES OF AMERICA,  :
et al.,                    :
                           :
       Defendants          :

### ORDER

Plaintiff's notice of voluntary dismissal of Action without prejudice filed pursuant to Federal Rules of Civil Procedure 41(a)(1) is hereby granted.


DATED this _____ day of _____, 2007.



_____
JAMES ROBERTSON
United States District Judge

Order prepared by:
Karen K. Daniels, plaintiff
778 Mulberry Street
Macon, GA 31201
(478) 741-3000
karenkdaniels@gmail.com